# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
PHILADELPHIA INDEMNITY INSURANCE
COMPANY,

                Plaintiff,                    19 **CIVIL** 366 (KPF)

     -against-                         **JUDGMENT**

STREB, INC.,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 16, 2020, Plaintiff's motion to exclude the testimony of Defendant's proffered expert is DENIED, Plaintiff's motion for summary judgment is GRANTED, and Defendant's cross-motion for partial summary judgment is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
         September 16, 2020

                                                 **RUBY J. KRAJICK**

                                                 **Clerk of Court**
                         **BY:**    *K. Mango*
                                                 **Deputy Clerk**